UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Burgo | Civil Action No. 6:17-00813 |
| versus | Judge Rebecca F. Doherty |
| Stansbury, et al | Magistrate Judge Carol B. Whitehurst |

## REPORT AND RECOMMENDATION

Before the Court are the: (1) Motion to Dismiss for Failure to State a Claim filed by defendants James D. Caldwell, Paul Joseph DeMahy and Ed Leonard, Jr. [Rec. Doc. 58]; (2) Motion to Dismiss for Failure to State a Claim filed by defendant McDermott, Inc. [Rec. Doc. 61]; (3) Motion to Dismiss Judge Kim Stansbury (Rec. Doc. 75); and (4) the Motion to Dismiss under Rule 12(b)(1)(6) filed by Cliff Dressel [Rec. Doc. 80]. Also before the undersigned are Motions to Dismiss for Lack of Jurisdiction by: Lois S. Burgo, Marion Henry [Rec. Doc. 88]; Alfred S. Lippman [Rec. Doc. 95]; and, Greg Aucoin, Robert P. Fuhrer [Rec. Doc. 96].

The record of this action provides that this case was originally filed in the Western District of Louisiana, Shreveport Division on August 4, 2014. On December 29, 2014, the case was sua sponte transferred to the Eastern District of Louisiana, and set before United States Magistrate Judge Janis van Meerveld as a prisoner civil rights matter. The instant motions were filed into the record and on February 22, 2017, Judge van Meerveld issued a Report and Recommendation recommending that

all Motions be granted and petitioner's claims be dismissed. *R. 98*. Petitioner filed objections to the Report and Recommendation on March 8, 2017. *R. 109*.

On June 12, 2017, petitioner filed a Motion to Stay this action pending his "Petition To Annul Judgment Of Possession" filed in the Sixteenth Judicial District. *R. 134*. On June 23, 2017, Chief District Judge Kurt D. Englehardt entered an order transferring this action to the Western District of Louisiana, Lafayette Division. *R. 135*. Upon referral of this action to the undersigned, this Court has reviewed the record, specifically the pending Motions and petitioner's Objections, *R. 109*[1], and adopts the thorough and well-written Report and Recommendation of Magistrate Judge Janis van Meerveld, *R. 98*.

Accordingly, for the reasons stated the in Report and Recommendation, it is recommended that the (1) Motion to Dismiss for Failure to State a Claim filed by defendants James D. Caldwell, Paul Joseph DeMahy and Ed Leonard, Jr. [Rec. Doc. 58]; (2) Motion to Dismiss for Failure to State a Claim filed by defendant McDermott, Inc. [Rec. Doc. 61]; (3) Motion to Dismiss Judge Kim Stansbury [Rec. Doc. 75]; and (4) the Motion to Dismiss under Rule 12(b)(1)(6) filed by Cliff Dressel [Rec. Doc. 80] be GRANTED and Mr. Burgo's claims against the aforementioned defendants be

---

[1] The Court notes that petitioner filed a pending Motion for Leave to Supplement Objections to the Report and Recommendation in which he seeks to develop more "evidence" on topics unrelated to the Report and Recommendation. *R. 114*.

DISMISSED. It is further recommended that the State of Louisiana be DISMISSED as immune from suit under the Eleventh Amendment.

It is further recommended that Mr. Burgo's claims against defendants Sostenes R. Ruiz, III, and James McClelland be DISMISSED as barred by prosecutorial immunity. It is further recommended that Mr. Burgo's claims against Sherry Bayard be DISMISSED as barred by qualified immunity. It is further recommended that Mr. Burgo's claims against Greg Aucoin and Robert Tracy be DISMISSED because they were not state actors and therefore cannot be held liable under § 1983. It is further recommended that Mr. Burgo's claims against the United States and the United States Comptroller of the Currency be DISMISSED as these entities are immune from suit.

It is further recommended that the Motions to Dismiss For Lack of Jurisdiction [Rec. Doc. 88], [Rec. Doc. 95] and [Rec. Doc. 96] be GRANTED and Mr. Burgo's claims against defendants Lois Burgo, Diamond Burgo, Robert Fuhrer, Marion Henry, Malcolm Sampey, John Legendre, Alfred Lippman, Donald Bollinger, Clifton Dickerson, III, Dale Hayes and C.M. Thibodeaux, Co., be DISMISSED because the court lacks subject matter jurisdiction over the state law claims asserted against these defendants.

As the petitioner has previously filed Objections to this Report and Recommendation, the District Judge is not delayed in issuing its Judgment in this matter.

THUS DONE AND SIGNED this 29th day of June, 2017.

_____
**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**